No. 78–1337.   GILIBERTO, JUDGE, ET AL. *v.* COMPAGNIE NATIONALE AIR FRANCE ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 78–1358.   FRAZIER *v.* KAPLAN, JUDGE, ET AL.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 78–1368.   CONSOLIDATED CARRIERS CORP. ET AL. *v.* CLOAK DRESS DRIVERS & HELPERS UNION LOCAL 102, INTERNATIONAL LADIES' GARMENT WORKERS' UNION.   C. A. 2d Cir. Certiorari denied.

No. 78–1370.   CALIFORNIA & HAWAIIAN SUGAR CO. ET AL. *v.* CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 78–1376.   DRESSER INDUSTRIES, INC. *v.* COMMUNITY TELEVISION SERVICES, INC.   C. A. 8th Cir.   Certiorari denied.

No. 78–1381.   MIAMI COPPER COMPANY DIVISION, TENNESSEE CORP. *v.* TAX COMMISSION OF ARIZONA.   Ct. App. Ariz. Certiorari denied.

No. 78–1385.   LEBOWITZ *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 78–1392.   HARRINGTON *v.* VANDALIA-BUTLER BOARD OF EDUCATION.   C. A. 6th Cir.   Certiorari denied.

No. 78–1427.   ROSS ET AL. *v.* SWARTZBERG ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 78–1437.   GOTTESMAN ET AL. *v.* GENERAL MOTORS CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.